Adv. Proc. No. __11-3152__

## CERTIFICATE OF SERVICE

I, __David R Jones__, certify that I am, and at all time during the service
       (name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __3/30/11__ by:
       (date)

■ Mail service: Regular, first class United States mail and certified mail, return receipt requested, postage fully pre-paid, addressed to:

ADP TotalSource                         and        ADP TotalSource
One ADP Blvd., Mail Stop 433                       c/o National Registered Agents, Inc.
Roseland, NJ 07068                                 16055 Space Center, Suite 235
                                                   Houston, TX 77062

☐ Personal Service: By leaving the process with defendant or with an officer of agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
   as follows: [Describe briefly]                                            (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__3/30/11__                                        __[signature]__
Date                                               Signature

| Print Name |  |  |
| --- | --- | --- |
| David R. Jones |  |  |
| Business Address | | |
| 1000 Main Street, 36th Floor | | |
| City | State | Zip |
| Houston | TX | 77002 |